UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODNEY BROWNING, | ) |
|       Petitioner, | ) Case No. CV 13-7787 DOC (AJW) |
| | ) Related Case No. CR 87-571 SVW |
|       v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| RICHARD IVES, WARDEN, and | ) RECOMMENDATION OF |
| UNITED STATES PAROLE COMMISSION, | ) MAGISTRATE JUDGE |
| | ) |
|       Respondents. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED:   November 26, 2014

                                              */s/ David O. Carter*
                                              David O. Carter
                                              United States District Judge