UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODNEY BROWNING, | ) Case No. CV 13-7787-DOC (AJW) |
| | ) Related Case No. CR 87-571-SVW |
| Petitioner, | ) |
| | ) JUDGMENT |
| vs. | ) |
| | ) |
| RICHARD IVES, WARDEN, and | ) |
| UNITED STATES PAROLE COMMISSION, | ) |
| | ) |
| Respondents. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: November 26, 2014

/s/ David O. Carter
David O. Carter
United States District Judge